PITTMAN *et al.* v. COLBERT *et al.*

COBB, J.   1. Where a judgment by default is rendered in a case in which the damages are not liquidated, the defendant is thereby concluded as to the truth of all the material allegations of the petition, save as to the amount of the damages. The defendant may in such a case, notwithstanding the judgment by default, contest before the jury the amount of the damages, and to this end may not only rigidly cross-examine the witnesses for the plaintiff, but also introduce evidence in his own behalf. Civil Code, § 5073 ; *O'Connor* v. *Brucker,* 117 *Ga.* 451 (2). See also *Lenney* v. *Finley,* 118 *Ga.* 427 (2).
2. The evidence upon one or more of the vital and controlling issues being directly conflicting, the discretion of the judge, exercised in granting an interlocutory injunction until these issues can be determined by a jury, will not be controlled.                *Judgment affirmed. All the Justices concur.*

Argued May 21,—Decided June 8, 1904.

Injunction.    Before Judge Holden.    Madison superior court. February 29, 1904.

*McWhorter, Strickland & Green,* for plaintiffs in error.

*Shackelford & Shackelford, B. T. Moseley,* and *Erwin & Erwin,* contra.